UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08 CR 2151-L |
| | CRIMINAL NO. 08 MJ 1839 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Garcia-Vega Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bo~~nd Posted / Case Disposed~~ / Order of Court).

Ignacio Garcia-Galindo

DATED: 6/26/08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by V. Lee

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95